■ In the Matter of the Estate of WALDRON P. BELKNAP, Deceased. JENNET R. MYERS, Individually and as General and Ancillary Guardian of the Property of WILLIAM H. GRAHAM, JR., an Infant, et al., Appellants; ELISABETH H. BELKNAP, as Executrix of MAITLAND BELKNAP, Deceased, et al., Respondents. — In a proceeding for the settlement of the final account of the surviving trustee and of the executors ·of a deceased trustee under the trust created by Article Fourth of the will of Waldron P. Belknap, deceased, and for the judicial construction of such article, the surviving remaindermen of said trust appeal from so much of a decree of the Surrogate's Court, Suffolk County, dated October 10, 1961, as construed said article and as directed distribution of a one-fourth share of the trust remainder to the estate of Maitland Belknap, a nonsurviving remainderman. Decree, insofar as appealed from, affirmed, with costs to all parties filing briefs, payable out of the estate. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ In the Matter of the Estate of WILLIAM R. DAVIS, Deceased. GIOVANNI ANTONELLI, Appellant; JAMES L. KAUFFMAN, as Executor of WILLIAM R. DAVIS, Deceased, et al., Respondents.— In a proceeding for the judicial settlement of the final account of the executor, and for other relief, Giovanni Antonelli, an objectant to said account, appeals from a decree of the Surrogate's Court, Westchester County, made and entered August 24, 1961 upon the decision of the Surrogate after a nonjury trial or hearing, which dismissed objectant's amended objection to the account and his amended claim against the decedent's estate. The objection and the claim were based upon a judgment obtained by objectant in 1957 in a court in the Republic of Italy against decedent who had died in 1941. Decree affirmed, without costs, on the decision and opinion of the learned Surrogate (31 Misc 2d 270). Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.